RALPH S. BALDWIN, an Infant, by WINFIELD H. BALD-
WIN, His Guardian ad Litem, Appellant, *v.* THE LOCO-
MOBILE COMPANY OF AMERICA, Respondent.

*Baldwin* v. *Locomobile Co. of America,* 147 App. Div. 901,
reversed.

(Argued April 1, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered November 17, 1911, affirming a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action to
recover for personal injuries alleged to have been sus-
tained by plaintiff through the negligence of defendant.

*Henry M. Dater, George F. Elliott* and *Jay S. Jones*
for appellant.

*Stephen Van Wyck* for respondent.

Judgment reversed and new trial granted, costs to
abide event, on the ground that the question of plaintiff's
contributory negligence was one of fact to be determined
by the jury; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, WILLARD BARTLETT and CHASE, JJ.